IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) | |
| Plaintiff, | ) ) | |
| DONTE BUMPERS, | ) | |
| Intervenor Plaintiff, | ) | CIVIL ACTION NO. 10-00403-KD-M |
| | ) ) | |
| v. | ) ) | |
| MOBILE COMMUNITY ACTION, INC., | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the Court on the parties' Joint Motion To Reinstate Complaint and Vacate Order of Dismissal. (Doc. 43).

On September 15, 2011, counsel for Plaintiff Equal Employment Opportunity Commission notified the Court that the parties had reached or were close to reaching a settlement agreement. Accordingly, on October 4, 2011, this Court dismissed Plaintiff's case with prejudice subject to the right of any party to reinstate the action within 60 days. (Doc. 42).

On October 27, 2011, the parties filed the present motion seeking to reinstate the action and vacate the order of dismissal so that the parties could later move the Court to enter a Consent Decree articulating the terms of the parties' settlement. (Doc. 43). The parties' motion was filed within the 60-day time frame set forth in the Court's Order (Doc. 42), and thus, is timely.

Accordingly, it is **ORDERED** that the parties' Joint Motion To Reinstate Complaint and Vacate Order of Dismissal is **GRANTED**. The action against Defendant Mobile Community Action, Inc. is hereby **REINSTATED** to the Court's active docket, and the Court's Order of

1

October 4, 2011 (Doc. 42) is **VACATED**.

**DONE** and **ORDERED** this the 27th day of October 2011.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**